IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney Rodriguez,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GoDaddy.com, LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-13-01987-PHX-SPL<br><br>**ORDER** |

　　　　On the Court's own motion,

　　　　**IT IS ORDERED** that the Case Management Conference presently set for January 27, 2014, at 1:30 p.m., is reset for **February 10, 2014, at 1:30 p.m.**, before United States Magistrate Judge Steven P. Logan, Courtroom 304, 401 West Washington Street, Phoenix, Arizona 85003.

　　　　Dated this 17th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge